UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK   Attorney: STERN & MONTANA, LLP-ATTN: IRIS PINEDA

---

ALLSTATE INSURANCE COMPANY, ETAL

Plaintiff(s)

Index # 14-CV-6756 (JBW)(MDG)

- against -

A & F MEDICAL P.C., ETAL

Purchased November 18, 2014

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANGEL GUTIERREZ BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 1, 2014 at 08:10 AM at

2390 MORGAN AVENUE
BRONX, NY 10469

deponent served the within SUMMONS AND COMPLAINT WITH A COMPENDIUM OF EXHIBITS TO COMPLAINT AND APPENDIX on CHARLES NGUYEN, D.C. therein named.

**INDIVIDUAL**   by delivering a true copy of each to said Defendant personally; deponent knew the person so served to be the person described as the Defendant therein and he identified himself as such.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BROWN | BLACK | 52 | 5'2 | 160 |

GLASSES

**MILITARY SERVICE**   Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: December 1, 2014

| JOSEPH KNIGHT | RALPH MULLEN | VINETTA BREWER | ANGEL GUTIERREZ |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1152171 |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | Invoice #: 613148 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2015 | Commission Expires April 11, 2015 | Commission Expires April 3, 2015 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007  (212) 619-0728  NYCDCA#1102045