UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK

Attorney: STERN & MONTANA, LLP-ATTN: IRIS PINEDA

ALLSTATE INSURANCE COMPANY, ETAL

Plaintiff(s)

- against -

Index # 14-CV-6756 (JBW)(MDG)

A & F MEDICAL P.C., ETAL

Purchased November 18, 2014

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ELIZABETH BENNET BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 1, 2014 at 06:55 PM at

570 PROSPECT AVENUE
DUMONT, NJ 07628

deponent served the within SUMMONS AND COMPLAINT WITH A COMPENDIUM OF EXHIBITS TO COMPLAINT AND APPENDIX on MELANIE WALCOTT, D.C. therein named,

**SUITABLE AGE** by delivering thereat a true copy of each to DWAYNE WALCOTT a person of suitable age and discretion. Said premises is Defendant's dwelling house within the state. He identified himself as the HUSBAND of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BLACK | BLACK | 40 | 5'10 | 220 |

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence at

570 PROSPECT AVENUE
DUMONT, NJ 07628

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on December 3, 2014 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE** Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: December 3, 2014

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2015

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2015

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2015

ELIZABETH BENNET

Invoice #: 613159

UNITED PROCESS SERVICE, INC. 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 (212) 619-0728 NYCDCA#1102045