UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK  Attorney: STERN & MONTANA, LLP-ATTN: IRIS PINEDA

ALLSTATE INSURANCE COMPANY, ETAL

Plaintiff(s)

Index # 14-CV-6756 (JBW)(MDG)

- against -

A & F MEDICAL P.C., ETAL

Purchased November 18, 2014

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAVID GARRIGA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 4, 2014 at 06:22 PM at

2545 EAST 29TH STREET
BROOKLYN, NY 11235

deponent served the within SUMMONS AND COMPLAINT WITH A COMPENDIUM OF EXHIBITS TO COMPLAINT AND APPENDIX on MICHAEL GORELIK, D.C. therein named.

**INDIVIDUAL** by delivering a true copy of each to said Defendant personally; deponent knew the person so served to be the person described as the Defendant therein and he identified himself as such.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | WHITE | 50 | 5'7 | 170 |

**MILITARY SERVICE** Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: December 8, 2014

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2015

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2015

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2015

DAVID GARRIGA
License #: 1415990
Invoice #: 613139

UNITED PROCESS SERVICE, INC. 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007  (212) 619-0728  NYCDCA#1102045