UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK        Attorney: STERN & MONTANA, LLP-ATTN: IRIS PINEDA

ALLSTATE INSURANCE COMPANY, ETAL

                                                              Plaintiff(s)

- against -    Index # 14-CV-6756 (JBW)(MDG)

A & F MEDICAL P.C., ETAL    Purchased November 18, 2014

                                                              Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAN KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 5, 2014 at 03:20 PM at

110 RECTOR STREET
1ST FLOOR
PERTH AMBOY, NJ 08861

deponent served the within SUMMONS AND COMPLAINT WITH A COMPENDIUM OF EXHIBITS TO COMPLAINT AND APPENDIX on NICHOLAS FENNELLI, M.D. therein named,

**SUITABLE AGE**    by delivering thereat a true copy of each to MAUREEN FENNELLI a person of suitable age and discretion. Said premises is Defendant's dwelling house within the state. She identified herself as the MOTHER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN/GRAY | 66 | 5'7 | 140 |

**MILITARY SERVICE**    Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: December 9, 2014

| JOSEPH KNIGHT | RALPH MULLEN | VIOLETTA BREWER | DAN KNIGHT |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2015 | Commission Expires April 11, 2015 | Commission Expires April 3, 2015 | Invoice #: 613137 |

UNITED PROCESS SERVICE, INC. 3RD FLOOR, 315 BROADWAY, NEW YORK, NY, 10007  (212) 619-0728  NYCDCA#1102045

UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK    Attorney: STERN & MONTANA, LLP-ATTN: IRIS PINEDA

ALLSTATE INSURANCE COMPANY, ETAL

Plaintiff(s)

- against -

Index # 14-CV-6756 (JBW)(MDG)

A & F MEDICAL P.C., ETAL

Purchased November 18, 2014

Defendant(s)

Mail Date December 10, 2014

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 10, 2014 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS AND COMPLAINT WITH A COMPENDIUM OF EXHIBITS TO COMPLAINT AND APPENDIX to NICHOLAS FENNELLI, M.D. at

110 RECTOR STREET
1ST FLOOR
PERTH AMBOY, NJ 08861

Copy was mailed REGULAR FIRST CLASS MAIL, and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to me on: December 10, 2014

| JOSEPH KNIGHT | RALPH MULLEN | VINETTA BREWER | ANDERSON CHAN |
| --- | --- | --- | --- |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1220482 |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | Invoice #: 613137 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2015 | Commission Expires April 11, 2015 | Commission Expires April 3, 2015 | |

UNITED PROCESS SERVICE, INC.  3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007  (212) 619-0728  NYCDCA#1102045