| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK | | Attorney: STERN & MONTANA, LLP-ATTN: IRIS PINEDA |

ALLSTATE INSURANCE COMPANY, ETAL

Plaintiff(s)

Index # 14-CV-6756 (JBW)(MDG)

- against -

Purchased November 18, 2014

A & F MEDICAL P.C., ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDREW LINDAUER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 1, 2014 at 03:00 PM at

816 KEARNY DRIVE
VALLEY STREAM, NY 11581

deponent served the within SUMMONS AND COMPLAINT WITH A COMPENDIUM OF EXHIBITS TO COMPLAINT AND APPENDIX on RUSSELL NERSESOV, D.C. therein named,

**SUITABLE AGE**    by delivering thereat a true copy of each to MS. NERSESOV a person of suitable age and discretion. Said premises is Defendant's dwelling house within the state. She identified herself as the RELATIVE of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 40 | 5'6 | 140 |

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

**MILITARY SERVICE**    Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: December 2, 2014

| JOSEPH KNIGHT | RALPH MULLEN | VINETTA BREWER | **ANDREW LINDAUER** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2015 | Commission Expires April 11, 2015 | Commission Expires April 3, 2015 | Invoice #: 613147 |

UNITED PROCESS SERVICE, INC. 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 (212) 619-0728 NYCDCA#1102045

| | |
|---|---|
| UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK | Attorney: STERN & MONTANA, LLP-ATTN: IRIS PINEDA |

ALLSTATE INSURANCE COMPANY, ETAL

Plaintiff(s)

Index # 14-CV-6756 (JBW)(MDG)

- against -

Purchased November 18, 2014

A & F MEDICAL P.C., ETAL

Defendant(s)

Mail Date December 2, 2014

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 2, 2014 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS AND COMPLAINT WITH A COMPENDIUM OF EXHIBITS TO COMPLAINT AND APPENDIX to RUSSELL NERSESOV, D.C. at

816 KEARNY DRIVE
VALLEY STREAM, NY 11581

Copy was mailed REGULAR FIRST CLASS MAIL, and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to me on: December 2, 2014

| JOSEPH KNIGHT | RALPH MULLEN | VINETTA BREWER | ANDERSON CHAN |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1220482 |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | Invoice #: 613147 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2015 | Commission Expires April 11, 2015 | Commission Expires April 3, 2015 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 (212) 619-0728 NYCDCA#1102045