UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK    Attorney: STERN & MONTANA, LLP-ATTN: IRIS PINEDA

---

ALLSTATE INSURANCE COMPANY, ETAL

                                                Plaintiff(s)

                   - against -

A & F MEDICAL P.C., ETAL

                                                Defendant(s)

Index # 14-CV-6756 (JBW)(MDG)

Purchased November 18, 2014

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 3, 2014 at 11:55 AM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS AND COMPLAINT WITH A COMPENDIUM OF EXHIBITS TO COMPLAINT AND APPENDIX on M. SADEES M.D. P.C. therein named,

**SECRETARY OF STATE**    a Domestic corporation by delivering two true copies to SUE ZOUKY, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 306 of the Business Corporation Law and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 55 | 5'1 | 150 |

Sworn to me on: December 10, 2014

| JOSEPH KNIGHT | RALPH MULLEN | VINETTA BREWER | STEVEN C. AVERY |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2015 | Commission Expires April 11, 2015 | Commission Expires April 3, 2015 | Invoice #: 613117 |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045