UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY AND ALLSTATE FIRE & CASUALTY INSURANCE COMPANY<br><br>               **Plaintiffs,**<br><br>-against-<br><br>A & F MEDICAL P.C., ADVANCED CHIROPRACTIC OF NEW YORK P.C., ALIGNMENT CHIROPRACTIC CARE P.C., ART OF HEALING MEDICINE, P.C., ATLAS ORTHOGONAL CHIROPRACTIC P.C., AVICENNA MEDICAL ARTS P.L.L.C., AVM CHIROPRACTIC P.C., BIG APPLE CHIROPRACTIC P.C., BRONX-METRO CHIROPRACTIC HEALTH SERVICES P.C., BSZ CHIROPRACTIC P.C., DEDICATED CHIROPRACTIC P.C., DUMONT MEDICAL DIAGNOSTICS P.C., DYNASTY MEDICAL CARE, P.C., ELMONT WELLNESS CHIROPRACTIC P.C., FLOW CHIROPRACTIC P.C., GOLDEN HANDS CHIROPRACTIC P.C., GREAT HEALTH CARE CHIROPRACTIC P.C., HEIGHTS CHIROPRACTIC SERVICES P.C., M. SADEES M.D. P.C., NEW BEGINNING CHIROPRACTIC P.C., NO MORE PAIN CHIROPRACTIC P.C., NORTHSHORE CHIROPRACTIC DIAGNOSTICS P.C., POWER CHIROPRACTIC P.C., PRIORITY MEDICAL DIAGNOSTICS P.C., RB CHIROPRACTIC CARE P.C., RICHMOND MEDICAL DIAGNOSTICS P.C., SUPREME HEALTH CHIROPRACTIC P.C., TRUE-ALIGN CHIROPRACTIC CARE P.C., WAY TO HEALTH CHIROPRACTIC P.C., WHITE PLAINS MEDICAL CARE, P.C., ROBERT ALBANO, D.C., ADELIYA ISAAKOVNA AKPAN, M.D., KARL BAUER, D.C., AUTUMN CUTLER, D.C., AHMED ELSOURY, M.D., NICHOLAS FENNELLI, M.D., ANDREW GARCIA, D.C., MICHAEL GORELIK, D.C., SURENDER GORUKANTI, M.D., GRAIG GRANOVSKY, D.C., JOSEPH HUMBLE, D.C., ANTHONY MANDRACCHIA, D.C., ALEXANDER MAZUROVSKY, D.C., SOPHIA MOHUCHY, D.C., RUSSELL NERSESOV, D.C., CHARLES NGUYEN, D.C., MOHAMED NOUR, M.D., RAMKUMAR PANHANI, M.D., SVETLANA PINKUSOVICH, M.D., ALEXANDER PINKUSOVICH, M.D., NICOLETTE MERAV SADEES, M.D., PAUL SCARBOROUGH, D.C., MARK SOFFER, D.C., ALEXANDER VEDER, M.D., NARCISSE VERSAILLES, M.D., GUY VILLANO, D.C., MELANIE WALCOTT, D.C. and YAKOV ZILBERMAN, D.C.<br><br>               **Defendants.** | 14-CV-06756-JBW-MDG<br><br>STIPULATION |

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for Plaintiffs, and Defendants Northshore Chiropractic Diagnostics, PC and Mark Soffer, DC, that:

(1) Defendants' time to respond to the Complaint in the above-entitled action is extended up to and including January 22, 2015.

(2) Defendants hereby submit to the jurisdiction of the United States District Court for the Eastern District of New York and waive any defenses or objections based upon lack of personal jurisdiction.

(3) This Stipulation may be signed in counterparts and a facsimile copy shall be sufficient for all purposes.

Dated: New York, New York
December 22, 2014

**STERN & MONTANA, LLP**

By: /s/ Daniel S. Marvin
Daniel S. Marvin, Esq. ( DM-7106)
Attorneys for Plaintiffs
Trinity Centre
115 Broadway, 20th Floor
New York, NY 10006
(212) 532-8100

**SCHWARTZ LAW, PC.**

By: /s/ Evan S. Schwartz
Evan S. Schwartz, Esq.
Attorney for Defendants
666 Old Country Road
Ninth Floor
Garden City, New York 11530-2020
(516) 745-1122

Dated: Brooklyn, New York
_____, 2014

SO ORDERED.

_____
HON. MARILYN D. GO
United States District Judge