akulb@jngllp.com

January 30, 2015

Via ECF

Hon. Marilyn D. Go
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:    Allstate Insurance Company, et al.
                v. A&F Medical, P.C., et al.
                Docket No. 14-cv-6756(JBW)(MDG)
                <u>Our File No. 8254</u>

Dear Judge Go:

      This firm represents the Defendants Art of Healing Medicine, P.C., Svetlana Pinkusovich, M.D. and Alexander Pinkusovich, M.D. ("Defendants") in this action.  Pursuant to Your Honor's rules, I am writing to request an extension, from January 31, 2015 to February 23, 2015, of Defendants' time to answer or move in response to the Complaint.  Plaintiff's counsel, Daniel S. Marvin, Esq., has consented to the request.  Defendant Pro Se Alexander Pinkusovich previously received an extension of time to January 31, 2015.  This is Defendants' first request for an extension of time by counsel and it is not anticipated that this request will impact any other deadlines in this matter.

      Thank you.

                             Respectfully yours,

                             JACOBSON GOLDBERG & KULB, LLP

                             <u>s/Jeffrey A. Granat</u>
                             Jeffrey A. Granat (jg-1797)

JAG/dm