**Stern & Montana, LLP**
One World Financial Center, 30th Floor
New York, New York 10281

Telephone: (212) 532-8100
Facsimile: (212) 532-7271
E-Mail: info@stern-montana.com
www.stern-montana.com

February 3, 2015

**VIA ECF**

Hon. Marilyn D. Go
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   **Allstate Insurance Company, et al. v. A & F Medical P.C., et al.**
      **Docket No.: 14-CV-6756 (JBW)(MDG)**

Dear Judge Go:

We represent Plaintiffs in the above-referenced matter and, pursuant to the Court's January 15, 2015 Order, respectfully submit this report regarding the status of those defendants which have not yet filed an Answer or otherwise appeared. In that regard, the following Defendants have been served with the Complaint, but have not yet appeared in this action, or otherwise contacted counsel:

- Alignment Chiropractic Care, P.C.
- Dedicated Chiropractic, P.C.
- RB Chiropractic Care, P.C.
- True-Align Chiropractic Care, P.C.
- Heights Chiropractic Services, P.C.
- M. Sadees, M.D. P.C.
- Nicholas Fennelli, M.D.
- Charles Nguyen, D.C.

With respect to the foregoing Defendants, Plaintiffs intend to seek Clerk's Entries of Default.
    In addition, as indicated in our correspondence, dated January 30, 2015 (Dkt. No. 96), Plaintiffs are still attempting service on Nicolette Merav Sadees, M.D., and we will advise the

Hon. Marilyn D. Go
February 3, 2015
Page 2

Court if and when she is served. Moreover, as also noted in our January 30th correspondence, Plaintiffs have received information that Andrew Garcia, D.C. and Alexander Veder, M.D. are deceased, and are currently in the process of confirming as such. To the extent Plaintiffs so confirm, we will advise the Court accordingly of how Plaintiffs intend to proceed.

Finally, for the Court's convenience, please find below a chart identifying all appearing defendants, grouped by counsel, together with the nature of their appearance.

| Counsel | Defendants | Nature of Appearance |
|---|---|---|
| Lloyd M. Eisenberg | Elmont Wellness Chiropractic, P.C.<br>Joseph Humble, D.C. | - Notice of Appearance (Dkt. No. 10)<br>- Motion for Extension of Time to Answer (Dkt. No. 95)<br>- Participated in Rule 26 Conference |
| Steven J. Harfenist<br>Neil S. Torczyner<br>(Harfenist Kraut & Perlstein, LLP) | Flow Chiropractic, P.C.<br>Power Chiropractic, P.C.<br>Sophia Mohuchy, D.C. | - Notices of Appearance (Dkt. No. 17-18)<br>- First Motion for Extension of Time to Answer (Dkt. No. 20)<br>- Second Motion for Extension of Time to Answer (Dkt. No. 93)<br>- Participated in Rule 26 Conference |
| Jeffrey A. Granat | Art of Healing Medicine, P.C.<br>Svetlana Pinkusovich, M.D.<br>Alexander Pinkusovich, M.D. | - Notice of Appearance (Dkt. No. 97)<br>- Motion for Extension of Time to Answer (Dkt. No. 99)<br>- Did not participate in Rule 26 Conference |
| Paul F. Condzal | Karl Bauer, D.C. | - Notice of Appearance (Dkt. No. 19)<br>- Answer filed (Dkt. No. 77)<br>- Participated in Rule 26 Conference |
| Natalia Skvortsova | BSZ Chiropractic, P.C.<br>Golden Hands Chiropractic, P.C.<br>Yakov Zilberman, D.C. | - Notice of Appearance: None<br>- Answers filed (Dkt. Nos. 74-76)<br>- Participated in Rule 26 Conference |
| Evan S. Schwartz<br>(Schwartz, P.C.) | Priority Medical Diagnostics, P.C.<br>Mohamed Nour, M.D.<br><br>Dynasty Medical Care, P.C.<br>Ramkumar Panhani, M.D.<br><br>Northshore Chiropractic Diagnostics, P.C.<br>Mark Soffer, D.C. | - Notice of Appearance: None<br>- Answers filed (Dkt. Nos. 87, 89, 91)<br>- Participated in Rule 26 Conference |

Cont/d...

Hon. Marilyn D. Go
February 3, 2015
Page 3

| | | |
|---|---|---|
| Mark L. Furman (Hoffman Polland & Furman PLLC) | Advanced Chiropractic of New York, P.C. Robert Albano, D.C.<br><br>A & F Medical, P.C. Adeliya Issakovna Akpan, M.D.<br><br>Atlas Orthogonal Chiropractic, P.C. Paul Scarborough, D.C.<br><br>White Plains Medical Care, P.C. Narcisse Versailles, M.D.<br><br>Big Apple Chiropractic, P.C. Anthony Mandracchia, D.C. | - Notices of Appearance (Dkt. Nos. 100-104)<br>- Stipulations filed agreeing to extend time to Answer (Dkt. Nos. 81-85)<br>- Participated in Rule 26 Conference |
| Benjamin Pinczewski | Avicenna Medical Arts PLLC Alexander Veder, M.D.<br><br>Melanie Y. Walcott, D.C. | - Notice of Appearance: None<br>- No filings<br>- Participated in Rule 26 Conference |
| Gary Tsirelman (The Law Offices of Gary Tsirelman, P.C.) | Dumont Medical Diagnostics, P.C. Ahmed Elsoury, M.D.<br><br>Richmond Medical Diagnostics, P.C. Surender Gorukanti, M.D.<br><br>Great Health Care Chiropractic, P.C. Graig Granovsky, D.C. | - Notice of Appearance: None<br>- No filings<br>- Participated in Rule 26 Conference |
| David O'Connor | New Beginning Chiropractic, P.C. Michael Gorelik, D.C.<br><br>Way to Health Chiropractic, P.C. No More Pain Chiropractic, P.C. Russell Nersesov, D.C. | - Notice of Appearance: None<br>- Russell Nersesov has been dismissed (Dkt. No. 80)<br>- No filings regarding remaining defendants<br>- Participated in Rule 26 Conference |
| *Pro se* | AVM Chiropractic, P.C. Alexander Mazurovsky, P.C. | Answer filed (Dkt. No. 94) |
| Michael Lamond | Supreme Health Chiropractic, P.C. Guy Villano, D.C. | - No formal appearance<br>- Settlement in principal<br>- Settlement documents exchanged |
| Edward Sapone | Bronx-Metro Chiropractic Health Services, P.C. Autumn Cutler, D.C. | - No formal appearance<br>- Settlement in principal<br>- Settlement documents exchanged |

Cont/d…

Hon. Marilyn D. Go
February 3, 2015
Page 4

      Thank you for your consideration in this regard.

                                   Respectfully submitted,

                                   Stern & Montana, LLP

                                 By: _____
                                    Daniel S. Marvin (DM-7106)

cc:     All Counsel (via E-filing)

2.3.15 Ltr to J. Go (CHART).doc