UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

ALLSTATE INSURANCE COMPANY, ALLSTATE
INDEMNITY COMPANY, ALLSTATE PROPERTY
& CASUALTY INSURANCE COMPANY AND
ALLSTATE FIRE & CASUALTY INSURANCE
COMPANY,

                    Plaintiffs,

-against-

A & F MEDICAL P.C., ADVANCED CHIROPRACTIC
OF NEW YORK P.C., ALIGNMENT CHIROPRACTIC
CARE P.C., ART OF HEALING MEDICINE, P.C.,
ATLAS ORTHOGONAL CHIROPRACTIC P.C.,
AVICENNA MEDICAL ARTS P.L.L.C., AVM
CHIROPRACTIC P.C., BIG APPLE CHIROPRACTIC
P.C., BRONX-METRO CHIROPRACTIC HEALTH
SERVICES P.C., BSZ CHIROPRACTIC P.C.,
DEDICATED CHIROPRACTIC P.C., DUMONT
MEDICAL DIAGNOSTICS P.C., DYNASTY
MEDICAL CARE, P.C., ELMONT WELLNESS
CHIROPRACTIC P.C., FLOW CHIROPRACTIC P.C.,
GOLDEN HANDS CHIROPRACTIC P.C., GREAT
HEALTH CARE CHIROPRACTIC P.C., HEIGHTS
CHIROPRACTIC SERVICES P.C., M. SADEES M.D.
P.C., NEW BEGINNING CHIROPRACTIC P.C., NO
MORE PAIN CHIROPRACTIC P.C., NORTHSHORE
CHIROPRACTIC DIAGNOSTICS P.C., POWER
CHIROPRACTIC P.C., PRIORITY MEDICAL
DIAGNOSTICS P.C., RB CHIROPRACTIC CARE
P.C., RICHMOND MEDICAL DIAGNOSTICS P.C.,
SUPREME HEALTH CHIROPRACTIC P.C.,
TRUE-ALIGN CHIROPRACTIC CARE P.C., WAY TO
HEALTH CHIROPRACTIC P.C., WHITE PLAINS
MEDICAL CARE, P.C., ROBERT ALBANO, D.C.,
ADELIYA ISAAKOVNA AKPAN, M.D., KARL
BAUER, D.C., AUTUMN CUTLER, D.C., AHMED
ELSOURY, M.D., NICHOLAS FENNELLI, M.D.,
ANDREW GARCIA, D.C., MICHAEL GORELIK, D.C.,
SURENDER GORUKANTI, M.D., GRAIG
GRANOVSKY, D.C., JOSEPH HUMBLE, D.C.,
ANTHONY MANDRACCHIA, D.C., ALEXANDER
MAZUROVSKY, D.C., SOPHIA MOHUCHY, D.C.,

Case No.: 14-cv-06756
(JBW)(MDG)

**STIPULATION**
**TO EXTEND TIME**

RUSSELL NERSESOV, D.C., CHARLES NGUYEN, D.C., MOHAMED NOUR, M.D., RAMKUMAR PANHANI, M.D., SVETLANA PINKUSOVICH, M.D., ALEXANDER PINKUSOVICH, M.D., NICOLETTE MERAV SADEES, M.D., PAUL SCARBOROUGH, D.C., MARK SOFFER, D.C., ALEXANDER VEDER, M.D., NARCISSE VERSAILLES, M.D., GUY VILLANO, D.C., MELANIE WALCOTT, D.C. and YAKOV ZILBERMAN, D.C.

        Defendants.
------------------------------------------------------------------x

  IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties herein, that the Defendants' Adeliya Isaakovna Akpan, M.D., A&F Medical P.C., Robert Albano, D.C., Advanced Chiropractic of New York, P.C., Joseph Humble, D.C., Elmont Chiropractic P.C., Anthony S. Mandracchia, D.C., Big Apple Chiropractic P.C., defendants Paul Scarborough, D.C., Atlas Orthogonal Chiropractic P.C., Narcisse Versailles and White Plains Medical Care, P.C., (collectively the "Responding Defendants"), time to answer the Complaint, or otherwise move, is hereby extended to February 23, 2015. Facsimile signatures will be deemed as originals for all purposes hereunder.

Dated: New York, New York
   February 6, 2015

STERN & MONTANA LLP

By: _____
Daniel Marvin, Esq.
*Attorneys for Plaintiffs*
115 Broadway
Trinity Centre
New York, New York 10006
Tel.: (212) 532-8100

HOFFMAN POLLAND & FURMAN PLLC

By: _____
Mark L. Furman, Esq.
*Attorneys for Responding Defendants*
220 East 42nd Street, Suite 435
New York, New York 10017
Tel.: (212) 338-0700

**SO ORDERED**

_____
HON. MARILYN D. GO
United States District Judge