

Evan S. Schwartz, Partner / ess@SchwartzLawPC.com

February 19, 2015

*via* ECF
Hon. Marilyn D. Go, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    RE:    Allstate v. A&F Medical, P.C., et al.
            Case No.: 14-cv-06756(JBW)(MDG)

Your Honor:

    We represent Defendants Mark Soffer, D.C., Northshore Chiropractic Diagnostics, P.C., Dynasty Medical Care, P.C., Priority Medical Diagnostics P.C., Mohamed Nour and Ramkumar Panhani in the above referenced action. We write pursuant to this Court's February 5, 2014 Order requesting our position on whether Defendants in this action are properly joined pursuant to F.R.C.P. 20(a).

    For the reasons outlined in Mark L. Furman's February 19, 2014 letter (Docket Entry 118), the express language of Rule 20 makes clear that Defendants are not properly joined herein as they do not satisfy the "jointly, severally," requirement of Rule 20(a). The above named Defendants join in Mr. Furman's position for the reasons he outlines in his letter.

Respectfully Submitted,

SCHWARTZ LAW PC

By:    _____/s/_____
        Evan S. Schwartz

SCHWARTZLAWPC.COM | DISABILITYINSURANCELAWYERS.COM
EVAN S. SCHWARTZ | MICHAIL Z. HACK°** | HAROLD J. LEVY°** | SCOTT M. HARRIGAN° | KATHLEEN F. SCHWARTZ°
° COUNSEL ** ADMITTED IN NY AND NJ
666 OLD COUNTRY ROAD | 9TH FLOOR | GARDEN CITY, NY 11530 | PHONE: 516.745.1122 | FAX: 516.745.0844
THE WOOLWORTH BUILDING | NEW YORK, NY | PHONE: 212.608.5445