jgranat@jngllp.com

February 19, 2015

VIA ECF

Magistrate Judge Marilyn D. Go
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Allstate Insurance v. A&F Medical, et al.
             Case No. 14-cv-06756 (JBW)(MDG)

Dear Judge Go:

    We represent defendants Art of Healing Medicine, P.C., Svetlana Pinkusovich and Alexander Pinkusovich in the above-referenced action. We write at this time to advise regarding our position as to whether the defendants in this civil RICO action are properly joined under FRCP 20(a).

    We join in the argument and position asserted by Messrs. Furman and Torczyner regarding the improper joinder of the defendants in this action.

                      Respectfully Submitted,

                      Jacobson Goldberg & Kulb, LLP

              By:  s/Jeffrey A. Granat
                      Jeffrey A. Granat (jg-1797)

JAG/dm