ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE: Dec. 16, 2016
START: 11:30 am
END: 12:20 pm

DOCKET NO: 14 CV 6756/15 CV 3639
CASE: Allstate Ins. Co. v. A+F/Art of Healing

- [ ] INITIAL CONFERENCE
- [x] DISCOVERY CONFERENCE
- [ ] SETTLEMENT CONFERENCE
- [x] MOTION HEARING
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] FINAL/PRETRIAL CONFERENCE
- [x] TELEPHONE CONFERENCE
- [ ] INFANT COMPROMISE HEARING

PLAINTIFFS — ATTORNEY
- Daniel Marvin
- Robert Stern
- Robin Pass
- John Mulvaney

DEFENDANTS — ATTORNEY
- Wesley Meade

- [ ] DISCOVERY TO BE COMPLETED BY ___
- [ ] NEXT ___ CONFERENCE SCHEDULED FOR ___
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY ___
- [ ] PL. TO SERVE DEF. BY: ___   DEF. TO SERVE PL. BY: ___

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The Court grants in substantial part plaintiffs' December 5th motion to compel defendants Alexander and Svetlana Pinkusovich and Art of Healing P.C. to appear for their depositions, but will not require that they cancel their prearranged travel plans. Instead, those three depositions (and possibly the conclusion of Dr. Kogos' deposition) will take place on January 4, 5 and 6, 2017 (subject to defense counsel's finding coverage for his 18(b) duty on January 5). Defense counsel is directed to warn his clients that their failure to appear as directed will be punishable as a contempt of court. Discovery is not stayed during the pendency

of defendants' motion to disqualify plaintiffs' counsel. Fact discovery concludes on January 13, 2017 and will not be further extended.

Defendants' deposition notice(s) on plaintiffs must be served by December 20, 2016. The deposition(s) of plaintiffs will take place the week of January 9, 2017.

Plaintiffs will promptly submit a proposed order specifying the times, dates and locations of the depositions of defendants.

Plaintiffs' motion to seal Exhibit B to defendants' December 3rd letter reply is granted but their corresponding request for sanctions is denied.