```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ALLSTATE INSURANCE COMPANY,
et al.,

                        Plaintiffs,            ORDER
        -against-
                                               14-CV-6756 (JBW)
A & F MEDICAL P.C. , et al.,

                        Defendants.
-------------------------------------------------------------x
ALLSTATE INSURANCE COMPANY,
et al.,

                        Plaintiffs,            15-CV-3639 (JBW)

        -against-

ART OF HEALING MEDICINE, P.C., et al.,

                        Defendants.
-------------------------------------------------------------x
```

By Report and Recommendation filed on April 24, 2017, this Court directed defendants Art of Healing Medicine, P.C., Alexander Pinkusovich, MD and Svetlana Pinkusovich, MD (the "AOH defendants") to serve on plaintiffs, by May 1, 2017, Amended Answers that are identical to their current pleadings but for the addition of the affirmative defense of ratification. See Report and Recommendation (Apr. 24, 2017) at 25, Electronic Case Filing Docket Entry ("DE") #422. Plaintiffs were to review the proposed pleadings and advise the Court and the AOH defendants, by May 5, 2017, whether the proposed pleadings comply with this Court's Report and Recommendation. See id. If plaintiffs did not object, the AOH defendants were

directed to file their amended answers by May 8, 2017.

The Court received on May 3, 2017, an "Amended Answer and Affirmative Defense by Defendants Art of Healing Medicine, P.C.," sent by mail on May 1, 2017, on behalf of the AOH defendants. Since it appears that counsel for plaintiffs has not had an opportunity to review and object to the proposed pleading, plaintiffs' time to advise the Court and the AOH defendants as to whether they object to the proposed amended answer is extended to May 9, 2017. In the absence of an objection, the time for the AOH defendants to file their amended answers is extended to May 11, 2017. The Court will not docket the AOH defendants' proposed Amended Answer at this time since it was improperly sent to the Court before expiration of plaintiffs' deadline to object.

The AOH defendants are reminded that the individual defendants cannot file an answer on behalf of the corporate defendant, Art of Healing Medicine, P.C. As the AOH defendants have been previously advised, corporations can appear in federal court only through counsel. In fact, plaintiffs' motion to strike the answer of Art of Healing Medicine, P.C. and enter default against it, for its failure to appear through counsel, is currently pending before Judge Weinstein. See Motion to Strike (Apr. 25, 2017), DE #423.

      **SO ORDERED.**

**Dated:**    Brooklyn, New York
            May 5, 2017

                                /s/    *Roanne L. Mann*
                                **ROANNE L. MANN**
                                **CHIEF UNITED STATES MAGISTRATE JUDGE**